UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BROOKE WOLD,

    Plaintiff,

v.   Case No.:  2:25-cv-994-KCD-DNF

DR. DENISE M. CARLIN,
Superintendent of Lee county Florida
Schools in her Individual and Official
Capacity,

    Defendant.
_____/

## ORDER

Upon review of the Complaint (Doc. 1), the Undersigned finds that he must recuse himself so as to avoid even the appearance of partiality or impropriety. *See* 28 U.S.C. § 455(a). The Undersigned has had a long personal and professional relationship with a member of the family of a litigant.

Accordingly, it is hereby **ORDERED:**

The Undersigned hereby disqualifies himself from these proceedings, pursuant to 28 U.S.C. § 455 and in the interest of justice. This case shall be transferred to the next assigned Magistrate Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on November 4, 2025.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties