UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROOKE WOLD,

Plaintiff,

vs. Case No.: 2:25-cv-00994-KCD-NPM

DR. DENISE M. CARLIN, SUPERINTENDENT OF LEE COUNTY, FLORIDA SCHOOLS in her Individual and Official Capacity,

Defendant.
_______________________________________/

**NOTICE OF SELECTION OF MEDIATOR**

Pursuant to this Court's Order, mediation of this matter has been scheduled as follows:

| | |
|---|---|
| **DATE:** | **July 30, 2026** |
| **TIME:** | **9:00 a.m. to 12:00 p.m.** |
| **MEDIATOR:** | **Robert Shearman** |
| **PLACE:** | **Offices of Boy Agnew Potanovic Miller<br>23 Barkley Circle<br>Fort Myers, Florida 33907** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to parties of record.

/s/ Mark Herdman
Mark Herdman, Esq.
Herdman & Vicari, P.A.
29605 U.S. Hwy 19 North, Suite 110
Clearwater, Florida 33761
(727) 785-1769
(727) 786-4107 (Fax)
Florida Bar No. 602566
Attorney for Plaintiff
mark@herdviclaw.com
suzanne@herdviclaw.com