UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BROOKE WOLD,

Plaintiff,

v. Case No.: 2:25-cv-00994-KCD-NPM

DR. DENISE M. CARLIN,
SUPERINTENDENT OF LEE COUNTY,
FLORIDA SCHOOLS in her
Individual and Official Capacity,

Defendant.

_________________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, BROOKE WOLD, and Defendant, DR. DENISE M. CARLIN (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Local Rule 3.09(a), hereby notify this Court that the Parties have reached an amicable settlement of all issues in this matter, subject to the execution of a written settlement agreement. The Parties anticipate their settlement agreement will be finalized and executed within the next 10 days.

*/s/ Mark Herdman* ___
Mark Herdman, Esq.
Florida Bar No. 602566
Herdman & Vicari, P.A.
29605 US Hwy 19 N., Suite 110
Clearwater, FL 33761-1538
Telephone: 727-785-1769
Email: mark@herdviclaw.com
Lead Counsel for Plaintiff

*/s/ Douglas B. Szabo*
Douglas B. Szabo, Esq.
Florida Bar No. 710733
BOY AGNEW POTANOVIC, PLLC
23 Barkley Circle
Fort Myers, FL 33907
Telephone: 239-208-6500
Email : doug@bapfirm.com
Lead Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to parties of record.

BOY AGNEW POTANOVIC, PLLC
Trial Attorneys for Defendant
23 Barkley Circle
Fort Myers, Florida 33907
239.208.6500 (telephone)
239.208.6511 (facsimile)
Email: doug@bapfirm.com
Secondary email: service@bapfirm.com

By: */s/ Douglas B. Szabo*________________________
Douglas B. Szabo (Lead Counsel)
Florida Bar No. 710733